# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| UNITED STATES OF AMERICA | § | **WARRANT FOR ARREST** |
|---|---|---|
| vs. | § § § § | Case Number: WA:25-M -00649(1) |
| (1) BRITTNEY MAE HERRERA *Defendant* | § | |

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     __(1) BRITTNEY MAE HERRERA__
                                                                                                             *Name*

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [X] Order of Court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

**COUNT 1**
charging him or her with the following: **Simple Assault**

in violation of **18 USC 7(3) & 113(a)(5).**

**COUNT 2**
charging him or her with the following: **Simple Assault**

in violation of **18 USC 7(3) & 113(a)(5).**

DEREK T. GILLILAND
*Name of Issuing Officer*

UNITED STATES MAGISTRATE JUDGE
*Title of Issuing Officer*

*Signature of Issuing Officer*

05/07/2025            Fort Cavazos, Texas
*Date and Location*

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**FILED**
March 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AD_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. **W25-649M** |
| Plaintiff, | ) | **INFORMATION** |
| v. | ) | [Count One: 18 U.S.C. §§ 7(3) & 113(a)(5) – Simple Assault |
| BRITTNEY MAE HERRERA, | ) | [Count Two: 18 U.S.C. §§ 7(3) & 113(a)(5) – Simple Assault] |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
[18 U.S.C. §§ 7(3) & 113(a)(5)]

On or about February 2, 2024, at the Fort Cavazos Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

### BRITTNEY MAE HERRERA

did commit a simple assault upon another person, to wit: G.E.H.B., in violation of Title 18, United States Code, Sections 7(3) & 113(a)(5).

### COUNT TWO
[18 U.S.C. §§ 7(3) & 113(a)(5)]

On or about February 2, 2024, at the Fort Cavazos Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

### BRITTNEY MAE HERRERA

A true copy of the original, I certify,
Clerk U.S. District Court
By_____ Deputy

did commit a simple assault upon another person, to wit: G.E.H.B., in violation of Title 18, United States Code, Sections 7(3) & 113(a)(5).

MARGARET F. LEACHMAN
Acting United States Attorney

By: *Kevyn W. Lee*
KEVYN W. LEE
Special Assistant U.S. Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: MARCH 21, 2025   MPR #: 00333-2024   CASE NO.
COUNTY: BELL                                **W25-649M**
JUDGE: DEREK T. GILLILAND
S.A.U.S.A.: KEVYN W. LEE

DEFENDANT:

BRITTNEY MAE HERRERA
179 TANK DESTROYER BLVD APT 8
FORT CAVAZOS, TX 76544
DOB: MARCH 11, 1997
SSN: 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
DL#: NY- 286444016

OFFENSE & MAXIMUM PUNISHMENT:

Count One: 18 U.S.C. §§ 7(3) & 113(a)(5) – Simple Assault – Six months confinement; $5,000 fine; five years' probation; $10 SA.

Count Two: 18 U.S.C. §§ 7(3) & 113(a)(5) – Simple Assault – Six months confinement; $5,000 fine; five years' probation; $10 SA.